```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
                -v-                                                     :    23-CR-426 (JMF)
                                                                        :
GERALDO VEGA,                                                           :    ORDER
                                                                        :
                                Defendant.                              :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Probation Department has recommended early termination of Defendant's term of supervised release. The Probation Department's memorandum indicates that the Government opposes early termination. The Government shall file any opposition to the Probation Department's recommendation by **February 15, 2024**, and Defendant shall file any response to the Government's submission by **February 21, 2024**.

SO ORDERED.

Dated: February 6, 2024
       New York, New York

                                                    _____
                                                    JESSE M. FURMAN
                                                    United States District Judge