**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
UNITED STATES OF AMERICA
                                                                    :
     -against-
                                                                    :
                                                                              **ORDER**
                                                                    :
                                                                          23-CR-426 (JMF)
GERALDO VEGA                                                        :        Docket #
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Brought before this Court is an application for the appointment of counsel pursuant to the Criminal Justice Act.   Upon the request of the undersigned attorney and the consent of the defendant, and

       According to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation pursuant to the Criminal Justice Act (CJA Plan), the Court having found that there is good cause which renders it in the interests of justice to appoint an attorney not employed by the Federal Defenders of New York, Inc. or a member of the Criminal Justice Act Panel to represent the defendant,

       IT IS HEREBY ORDERED that _____Matthew Brissenden_____ is appointed to represent the defendant.  This appointment shall constitute a temporary appointment to the CJA Panel for the purposes of this case only.  The attorney is hereby directed to contact the CJA Clerk, (212) 805-0640, regarding billing practices.

_/s/ Matthew W. Brissenden_             _/s/ Geraldo Vega_
Attorney's Signature                  Defendant's Signature

Matthew Brissenden
Print Attorney's Name

666 Old Country Road, Suite 50'
Address

Garden City, New York 11530

516-683-8500
Telephone

The Clerk of Court is directed to terminate Docket No.  11.

SO ORDERED:

_____      3/4/24
Presiding Judge                       DATED

_____      3/4/2024
Laura Taylor Swain                  DATED
Chief Judge