UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
    -v-                                                                 :        23-CR-426 (JMF)
:
GERALDO VEGA,                                                           :        <u>MEMORANDUM OPINION</u>
:        <u>AND ORDER</u>
                  Defendant.                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Last month, the Probation Department recommended early termination of Defendant's term of supervised release and/or modification of the terms of supervised release to eliminate home confinement and location monitoring.  Thereafter, the Government filed a letter brief opposing early termination, *see* ECF No. 9, and Defendant, through counsel, moved formally for early termination of supervised release, *see* ECF No. 10 ("Def.'s Motion").[1]

        Upon review of the Probation Department's recommendation and the parties' submissions, and consideration of the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e)(1); *United States v. Gammarano*, 321 F.3d 311, 315 (2d Cir. 2003), the Court concludes — substantially for the reasons set forth in the Government's submission and also in view of the fact that Defendant's transition to a new living circumstances in this District was only recent — that supervised release should not be terminated at this time.  That said, the Court agrees that the terms of supervised release can and should be modified in two respects: first, to eliminate home confinement and location monitoring and, second, to permit travel to and from

---

[1] Defendant requested leave to file Exhibit A to his motion under seal. *See* Def.'s Motion 2 n.2.  That request is granted.

the Eastern District of New York (where Defendant's daughter resides, *see* Def.'s Motion 7) without prior approval from the Probation Department or the Court.

Accordingly, Defendant's motion for early termination of supervised release is DENIED (without prejudice to a renewed application in a year or two), but the terms of supervised release are modified to eliminate home confinement and location monitoring and to permit travel to and from the Eastern District of New York without prior approval.

The Clerk of Court is directed to terminate ECF No. 10.

SO ORDERED.

Dated: March 11, 2024
       New York, New York

                                                 JESSE M. FURMAN
                                               United States District Judge